# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
MOLINA, CARLOS                        §    Case No. 13-00209
MOLINA, LUZ ROBLES DE                 §
                                      §
                                      §
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-00209 EW  Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MOLINA, CARLOS | Date Filed (f) or Converted (c): | 03/26/13 (c) |
| | MOLINA, LUZ ROBLES DE | 341(a) Meeting Date: | 05/03/13 |
| For Period Ending: | 05/19/14 | Claims Bar Date: | 08/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2937-41 West Montrose, Chicago, IL | 180,000.00 | 172,000.00 | | 0.00 | FA |
| 2. 5415 West Higgins, Chicago, IL | 375,000.00 | 0.00 | | 0.00 | FA |
| 3. 2943 West Montrose, Chicago, IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account-Albany Bank | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD FURNISHINGS | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. Tax Refunds | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9. 2005 Toyota | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. 2002 Mitsubishi | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Account Receivable-Omnicron Technologies | 40,000.00 | 0.00 | | 0.00 | FA |
| 12. Charlies Supermarket, Inc. - Stock (u) | Unknown | 0.00 | | 0.00 | FA |
| 13. 506(c) Fees and Expenses (u) | 0.00 | 9,415.00 | | 9,415.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $865,000.00          $190,415.00          $9,415.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 13-00209 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MOLINA, CARLOS | Bank Name: | ASSOCIATED BANK |
| | MOLINA, LUZ ROBLES DE | Account Number / CD #: | *******5034 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8577 | | |
| For Period Ending: | 05/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/14 | 13 | Albany Bank & Trust Company, NA | Payment of Agreed 506(c) Expenses | 1290-000 | 9,415.00 | | 9,415.00 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 2.27 | 9,412.73 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,402.73 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,415.00 | 12.27 | 9,402.73 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,415.00 | 12.27 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,415.00 | 12.27 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5034 | 9,415.00 | 12.27 | 9,402.73 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 9,415.00 | 12.27 | 9,402.73 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 9,415.00 12.27

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 19, 2014 |

Case Number:  13-00209  
Debtor Name:   MOLINA, CARLOS              Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $8,325.00 | $0.00 | $8,325.00 |
| | Subtotal for Class Administrative | | | $8,325.00 | $0.00 | $8,325.00 |
| 000001<br>050<br>4210-00 | PNC Bank<br>P.O. Box 94982<br>Cleveland, OH 44101 | Secured | | $7,457.07 | $0.00 | $7,457.07 |
| 000003<br>050<br>4110-00 | Albany Bank & Trust Company, N.A.<br>3400 W. Lawrence Ave.<br>Chicago IL 60625 | Secured | | $223,308.01 | $0.00 | $223,308.01 |
| | Subtotal for Class Secured | | | $230,765.08 | $0.00 | $230,765.08 |
| 000002<br>070<br>7100-00 | Albany Bank & Trust Company, N.A.<br>3400 W. Lawrence Ave.<br>Chicago IL 60625 | Unsecured | | $188,183.93 | $0.00 | $188,183.93 |
| | Subtotal for Class Unsecured | | | $188,183.93 | $0.00 | $188,183.93 |
| | Case Totals: | | | $427,274.01 | $0.00 | $427,274.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00209
Case Name: MOLINA, CARLOS
          MOLINA, LUZ ROBLES DE
Trustee Name: Phillip D. Levey

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Albany Bank & Trust Company, N.A. | $ | $ | $ | $ |

Total to be paid to secured creditors                              $_____

Remaining Balance                                                  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses             $_____

Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Albany Bank & Trust Company, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*