## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
MOLINA, CARLOS § Case No. 13-00209
MOLINA, LUZ ROBLES DE § 
 § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/24/2014 in Courtroom 744,
        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey Allsteadt_____
                                                                   Clerk of The United States Bankruptcy
                                                                        Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
MOLINA, CARLOS § Case No. 13-00209
MOLINA, LUZ ROBLES DE §
 §
            Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,415.00 |
| and approved disbursements of | $ | 12.27 |
| leaving a balance on hand of[1] | $ | 9,402.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Albany Bank & Trust Company, N.A. | $ 223,308.01 | $ 223,308.01 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 9,402.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,691.50 | $ 0.00 | $ 1,691.50 |
| Trustee Expenses: Phillip D. Levey | $ 27.33 | $ 0.00 | $ 27.33 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 8,325.00 | $ 0.00 | $ 7,683.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,402.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

  Remaining Balance    $  0.00

  Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 188,183.93  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Albany Bank & Trust Company, N.A. | $ 188,183.93 | $ 0.00 | $ 0.00 |

  Total to be paid to timely general unsecured creditors    $  0.00

  Remaining Balance    $  0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By:  /s/Phillip D. Levey

      Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Carlos Molina  
Luz Robles de Molina  
    Debtors

Case No. 13-00209-ERW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal      Page 1 of 1      Date Rcvd: May 23, 2014  
     Form ID: pdf006      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2014.
```
db/jdb      +Carlos Molina,   Luz Robles de Molina,   2943 W Montrose Ave,   Chicago, IL 60618-1414
19884471    +Albany Bank & Trust Co, N.A.,   Acct # 2100003041,   3400 West Lawrence Avenue,
              Chicago, IL 60625-5104
19884470    +Albany Bank & Trust Co, N.A.,   Acct # 2100003279,   3400 West Lawrence Avenue,
              Chicago, IL 60625-5104
20787892    +Albany Bank & Trust Company, N.A.,   3400 W. Lawrence Ave.,   Chicago IL 60625-5104
19923736     Jeffery Finke, Esq,   5 W. Wacker #1400,   Chicago, IL 60601
20036333     PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
19893767    +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
19884472    +Sears Credit Cards,   Acct # 5121 0727 3671 0783,   PO Box 6282,   Sioux Falls, SD 57117-6282
20063228    +Wells Fargo Bank, N.A.,   c/o Codilis & Associates, P.C.,   15W030 North Frontage Road, Suite 100,
              Burr Ridge, IL 60527-6921
19884473    +Wells Fargo Home Mortgage,   Acct # 0073733818,   PO Box 10355,   Des Moines, IA 50306-0355
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19923737     R E Mortg
19923738     Unliquidated
```
     TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2014 at the address(es) listed below:
```
            Brooks A Cullison    on behalf of Joint Debtor Luz Robles de Molina cullisonlawyers@frontier.com
            Brooks A Cullison    on behalf of Creditor    Wells Fargo Home Mortgage cullisonlawyers@frontier.com
            Brooks A Cullison    on behalf of Creditor    Albany Bank and Trust Company, N.A.
             cullisonlawyers@frontier.com
            Brooks A Cullison    on behalf of Creditor    Sears Credit Cards cullisonlawyers@frontier.com
            Brooks A Cullison    on behalf of Creditor    PNC Bank cullisonlawyers@frontier.com
            Brooks A Cullison    on behalf of Debtor Carlos  Molina cullisonlawyers@frontier.com
            Jeffrey W Finke    on behalf of Creditor    Albany Bank and Trust Company, N.A.
             jwfinke@mindspring.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
            Peter C Bastianen    on behalf of Creditor    Wells Fargo Bank, N.A. ND-Four@il.cslegal.com
            Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
             plevey@ecf.epiqsystems.com
            Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
            Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
             roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
```
     TOTAL: 12